FILED

OCT 2 4 2005 NH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Neil Booth, Steve Francisco, Fay Johnson, Chris Ross, John Tompkins, and Jim Woodrum,<br><br>Plaintiffs<br><br>V.<br><br>William J. Sachs, Larry T. Acord, Bob Black, John Kretschmann, Jessica Simpson, Michael Adams, Pamela Ferguson, Terry J. LaLiberte, Ronald Plumer, Richard Everett, Robert F. McLaughlin, Julie Rust, Eunice Singletary, M.D., Stephen Over, National Ski Patrol System, Inc., and Automatic Data Processing, Inc. (ADP),<br><br>Defendants | CIVIL 05C 6128<br><br>JUDGE GOTTSCHALL<br><br>MAGISTRATE JUDGE DENLOW |

## COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND INJUNCTION

NOW COME Plaintiffs, by counsel, and moves the Court for the issuance of an immediate Temporary Restraining Order to prevent the imminent dissemination of ballots seeking approval of amendments to Articles of Incorporation of the National Ski Patrol System, Inc., a Federally Chartered organization ("NSP".) These amendments would affect the members' voting rights with respect to the selection of the Board of Directors. The ballots will be disseminated at any moment. The balloting process is in violation of the Electronic Signatures in Global and National Commerce Act (also known as the "E–Sign Act") (15 USC Chapter 96 (P.L. 106–229)) and also is in violation of the Federal Charter of the NSP.

1

## U.S. STATUTES ABOUT TO BE VIOLATED

1.   Electronic Signatures in Global and National Commerce Act (also known as the "E-Sign Act"). (15 USC Chapter 96 (P.L. 106-229))

The basis of the ballot is a petition to amend the Articles of Incorporation. The signatures to and the petition itself are allegedly based on the E-Sign Act. The E-Sign Act only applies to transactions in or affecting interstate or foreign commerce. It does not apply to petitions to amend Articles of Incorporation.

2.   Federal Charter, United States Code Title 36 - Patriotic Societies and Observances - Chapter 47 - National Ski Patrol System, Publ. L. 96-489,Sec.1,Dec.2,1980, 94 Stat.2553 ("Federal Charter")

The balloting process has and will violate many of the Bylaws and Policies and Procedures of the NSP. Reasonable alternatives have been proposed by the Plaintiffs and rejected by the Defendants.

## BRIEF STATEMENT

The individual Defendants are the Board of Directors and Executive Director of the Defendant NSP. They are about to submit to the membership of the National Ski Patrol System, Inc. a ballot containing proposed amendments to the NSP Articles of Incorporation. These defendants have retained defendant Automatic Data Processing ("ADP") to disseminate the ballot.

The entire balloting process violates the E-Sign Act and the Federal Charter. If the ballot is disseminated there will be irreparable harm and damage to the plaintiffs, as well as to the NSP and its 28,500 members nationwide. The current ballot, if approved by the membership, would summarily remove five (5)

of the current Board Members <u>without due process</u> and <u>would paralyze the organization</u> because the Articles of Incorporation would be inconsistent with the Bylaws, but there would no longer be a quorum of the Board to vote on amending the Bylaws. In addition, because of all the violations that have occurred and will occur if the ballots are disseminated and approved, there will have to be additional petitions and litigation to straighten out the chaos that would be caused. Many other significant issues would also arise and will be shown to the Court when time is available.

<u>There will be no damage to any of the Defendants</u> if the dissemination of the ballot is stayed for a reasonable period of time. The voting process which is the subject of the petition and ballot is not scheduled to commence until April 1, 2006 and concludes by December 15, 2006.

The Plaintiffs are six (6) of the eleven (11) Division Directors of the NSP. Three of the Plaintiffs are also on a Task Force created by the Board of Directors to make proposals regarding any changes in the members' rights with respect to the selection process for the Board of Directors. These plaintiffs have made proposals which give the members more rights than those proposed by the petition. (See Exhibit A.) In addition, the proposals contained a means that would resolve the illegality of the current balloting and of anticipated future Board actions. To their knowledge, these proposasl have not been considered by the Board. These three Plaintiffs have been shut out of the Task Force process by the Board of Directors.

3

Last night, the National Chair of the Board advised the plaintiffs that the Board was denying, without a hearing, the plaintiffs' written request of October 17, 2005, to stay the dissemination of the ballots. The National Chair also advised that the Board was denying an Appeal filed by the Plaintiffs late last week, again without hearing. The National Chair also advised the Plaintiffs that the Board was making a counterproposal today to the petitioners and that the Plaintiffs would be provided a copy of the counterproposal at the same time it was provided to the petitioners. The National Chair also advised that the counterproposal would be supplied to the petitioners and the plaintiffs this morning and that the petitioners would have until 5:00 pm today (no U.S. time zone was specified) to accept the counterproposal or the ballots will be disseminated. Despite the National Chair's promise of yesterday and a written request today, the Board has not sent a copy of the counterproposal to the Plaintiffs. Nor will members of the Board return telephone calls.

One of these six (6) Plaintiffs is the Division Director for the Central Division of the NSP, which includes Illinois, Iowa, Missouri, Minnesota, Wisconsin, Indiana, Ohio, Michigan and parts of South Dakota.

The Plaintiffs have exhausted all remedies within the Bylaws and Policies and Procedures of the NSP in an attempt to resolve the issues, all to no avail. The Board has stalled and delayed this process. It now appears that the reason for the stalling and the delay is that the ballots are about to be sent out to the membership any minute.

4

If the vote is held in abeyance, the Plaintiffs believe that there is a reasonable likelihood of an agreement regarding changes to the members rights' with respect to Board Selection processes.

## SUPPLEMENTATION ON THE FLY

While counsel was preparing this Complaint he received at 2:20 pm, a copy of an email from one of the plaintiffs enclosing not only the counterproposal, but also advising that the counterproposal had been submitted to the petitioners this morning and rejected by the petitioners. The email also states that the Board "is moving forward with a ballot vote." (See Exhibit B.)

WHEREFORE, the plaintiffs respectfully ask the Court to enter an Order barring dissemination of the ballots until further notice, and for any other relief the Court deems appropriate.

Respectfully submitted,

*Kevin K. McQuillan*

Kevin K. McQuillan
Attorney for the Plaintiffs


Kevin K. McQuillan
ARDC No. 1869825
916 Spindletree Avenue
Naperville, IL 60565
630-373-4121

5

**Kevin K. McQuillan**

From: Chris Ross [Chris.Ross@nana.com]
Sent: Monday, October 24, 2005 2:20 PM
To: 'STazski@aol.com'; 'neil.booth@comcast.net'; 'kkm@kiesterjustice.com'; 'woodrum.jr@pg.com'; 'mikeybal@sbcglobal.net'
Subject: FW: Compromising Offer and Rejection

Marching orders . .

Chris Ross, CSP
General Manager
NANA Training Systems
www.nana-nts.com
907-565-3300

-----Original Message-----
From: Stephen Over [mailto:sover@psia.org]
Sent: Monday, October 24, 2005 11:08 AM
To: chris.ross@nana.com; jrwoodrum@fuse.net; stazski@aol.com; jrt@tirerama.com; bbpatrol@imt.net; neil.booth@comcast.net
Cc: bobblack@xmission.com; rfmclaughlin@comcast.net; Jessica Simpson, NSP BOD ; John Kretschmann NSP BOD ; Julie Rust NSP BOD ; LaLiberte Terry NSP BOD ; Larry Acord NSP BOD; Mike Adams NSP BOD; Nici Singletary, NSP BOD ; Pamm Ferguson NSP BOD ; Richard Everett NSP BOD; Ronald Plumer, NSP BOD; William Sachs NSP Chair
Subject: Compromising Offer and Rejection

Dear Chris; Jim; Stephen; John; Fay; Neil:

As you may be aware, the board of directors offered a binding compromise to the plantiffs this morning that would have resulted in not having a vote on the NSP articles of incorporation. I have attached that offer to this email.

The offer was rejected by the plantiffs this morning. As a result we are moving forward with a ballot vote.

If you have any questions please let me know.

Thank you for your supoort and concern for the NSP membership.

Stephen



EXHIBIT A

10/24/2005

**Personal and Confidential - Personal and Confidential**

1. **Amend Article 3.13 – Election Schedule** in part to state: "The Nomination Committee shall consist of 2 chairs of the standing committees (*the Board's representatives*); 2 division directors (*to be selected by the division directors as representatives of the current division directors*); and 1 member at large to be jointly selected by the 2 division director representatives and 2 Board members."

2. **Amend Article 3.18 – Term Limits** in its entirety to read: "NSP members may not serve more than two (2) elected three (3) year terms or portions thereof as a member of the Board of Directors, including their service as the National Chair. Beginning date of January 2003.

3. **Amend Article 3.10(a) – Electors for Board of Directors** in part to read: The board of directors shall be nominated by the nomination committee to a slate which, with a ballot for voting, shall then be published in Ski Patrol Magazine, or such other publications(s) regularly sent to the organization's membership. National Board elections will be by member direct vote, on a ballot delivered to each member. Only votes cast in board elections are to be counted (a non-vote by a member will not be counted or factored into the outcome).

4. **Amend Article 3.13 – Election Schedule** in part to read: "The slate of candidates to fill board positions shall be selected by the Nomination Committee on September 1 of each year, and shall include at least 2 more nominees than there are Board seats available to be filled.

**Personal and Confidential - Personal and Confidential**

*This message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply E-mail and destroy all copies of the original message.*

## MEMBERS RIGHTS -- ALTERNATE BOARD GOVERNANCE TOPICS
In accordance with <u>and in addition to</u> the petition
These rights <u>to be adopted by the board</u> no later than December 30, 2005

| Proposed By This Vote (Per Eastern Division Chart of October 18, 2005) | Proposed by the Task Force |
|---|---|
| Returns National Board term limit to 6 years | Returns National Board term limit to 6 years |
| Sets National Chairman's term limit to 6 total years as Chair and on Board | Sets National Chairman's term limit to 6 total years as Chair and on Board |
| Nominating Committee to be formed by the Division Directors | Nominating Committee to be <u>2 DDS, 2 Board Members and 2 Members-at-Large</u><br>Note: If the Nominating Committee is all the DDs, no DD could ever run for the Board because Board Candidates cannot be on the Nominating Committee and vice versa. Additional Note: For specifics, and additional members rights, see below. |
| Patrollers will be able to cast an actual vote for each individual Board candidate Only those votes cast will be counted | Patrollers will be able to cast an actual vote for each individual Board candidate Only those votes cast will be Counted |
| There will be <u>more</u> Board candidates on the ballot than there are Board vacancies allowing a choice | There will be <u>more</u> Board candidates on the ballot than there are Board vacancies allowing a choice |
| Changes to Board nomination process must be approved by Patrollers (by amending Articles of Incorporation) | Changes to Board nomination process must be approved by Patrollers (by amending By-laws) |
| Changes to the Board election process must be approved by Patrollers (by amending Articles of Incorporation) | Changes to the Board election process must be approved by Patrollers (by amending By-laws) |
| Changes to the Board term limits must be approved by Patrollers (by amending Articles of Incorporation) | Changes to the Board term limits must be approved by Patrollers (by amending By-laws) |
| No proposals known | Requirement for annual publication of and following of "list of needs" criteria for National Board Candidates Note: See below |
| No proposals known | Requirement for publication of "list of needs" criteria for Nominating Committee Members Note: See below |
| No proposals known | Additional protection of members' rights as to the Nominating Committee Note: See below |
| No proposals known | Additional protection of members' rights for continuity of the organization Note: See below |



EXHIBIT B

**NOMINATING COMMITTEE**

The Nominating Committee will be comprised of:
  A. Two Division Directors (appointed by the Division Directors);
  B. Two National Board Members (appointed by the National Board); and
  C. Two Members-at-Large. The two Members-at-Large:
      a. Shall not be a National Board member or any Division or Region officer, and;
      b. One will be selected by the Division Directors who are not on the Nominating Committee and the other one will be selected by the Board members who are not on the Nominating Committee.

All Nominating Committee members shall serve up to a maximum of two terms, a term to be three years. Terms of the Nominating Committee members will be staggered to allow for transition and continuity.

The Nominating Committee as a whole must have:
  A. A set of skills and competencies related to succession planning and interviewing;
  B. Knowledge of board governance models; and
  C. Assist in preparing the knowledge and competencies ("list of needs") needed by the BOD in order to evaluate the candidates.

No member of the Nominating Committee may be a candidate for the Board.

Because leadership is so crucial to the organization, the Nominating Committee shall reach out to <u>all levels of membership</u> to identify and develop potential Board candidates. The Nominating Committee shall then work with the Board to involve such potential candidates on various Board committees.

**CONTINUITY**

Directors, who have served more than 6 years on the Board or whose term expires at the end of 2005, will serve until the next election.